## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

------------------------------------------------------------------------x
:  CIVIL ACTION NO.
IN RE HUMANA, INC. SECURITIES LITIGATION   :  3:08CV-00162-JHM
:
------------------------------------------------------------------------x

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by the Defendants, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendants consistent with the Court's Memorandum Opinion and Order and the Plaintiffs' Complaint is dismissed with prejudice.


cc: counsel of record